# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **RONALD WILLIAMS and WILLIE SWAIN,** | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | 1:12-CV-2027-KOB |
| | ] | |
| **SAIIA CONSTRUCTION COMPANY, LLC, et al.,** | ] | |
| | ] | |
| Defendant. | ] | |

## ORDER STAYING CASE

This matter comes before the court on Defendant Saiia Construction Company's Motion to Stay Case Pending Conciliation (doc. 4). The Defendant advised this court that the plaintiffs' charges of discrimination, which were part of a group of related charges all filed within a short time, have been included as part of an EEOC mediation process. The court, therefore, GRANTS the motion to stay, and STAYS the case until **August 24, 2012**. The parties are to file a joint status report by or before **August 22, 2012** regarding the status of the mediation and of this case.

DONE and ORDERED this 26th day of June, 2012.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE